BELLEW ET AL. *v.* MISSISSIPPI.

No. 806.   Decided June 22, 1959.

*Mrs. Clare Sekul Hornsby, John M. Sekul* and *Albert Sidney Johnston, Jr.* for appellants-petitioners.

PER CURIAM.

The appeal is dismissed and the petition for writ of certiorari is denied.

McDANIEL ET AL. *v.* ROSE.

No. 830, Misc.   Decided June 22, 1959.

*Richard E. McDaniel* for appellants.

*Beverly Tarpley* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.